FILED
JUL 06 2016
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

SEALED

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Case No. 16-CR-200_51_ |
| ) | |
| vs. ) | Title 21, United States Code, |
| ) | Sections 846, 841(a)(1), (b)(1)(A), and |
| JAMES PARKER, ) | (b)(1)(B); |
| WILLIAM GRAMIGNA III, and ) | Title 21, United States Code, |
| JACOB LARRY, ) | Sections 856(a)(1) and (a)(2); |
| ) | Title 21, United States Code, |
| ) | Sections 841(c)(1) and (c)(2); |
| ) | Title 21, United States Code, |
| Defendants. ) | Sections 841(a)(1), (b)(1)(C), and 860a |

INDICTMENT

COUNT 1
(Conspiracy to Manufacture Methamphetamine)

THE GRAND JURY CHARGES:

Beginning on an unknown date but not later than on or about December 1, 2013, and continuing to an unknown date but not earlier than on or about March 1, 2015, in Macon County, in the Central District of Illinois,

JAMES PARKER and WILLIAM GRAMIGNA III,

defendants herein, knowingly and intentionally conspired and agreed with each other and with other persons known and unknown to manufacture methamphetamine, a Schedule II controlled substance, and specifically: (1) 50 grams or more of methamphetamine (actual), and (2) 500 grams or more of mixtures and substances containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

## COUNT 2
(Conspiracy to Manufacture Methamphetamine)

THE GRAND JURY CHARGES:

Beginning on an unknown date but not later than on or about February 1, 2013, and continuing to on or about June 15, 2016, in Macon County, in the Central District of Illinois,

JAMES PARKER and JACOB LARRY,

defendants herein, knowingly and intentionally conspired and agreed with each other and with other persons known and unknown to manufacture methamphetamine, a Schedule II controlled substance, and specifically: (1) 50 grams or more of methamphetamine (actual), and (2) 500 grams or more of mixtures and substances containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(A).

## COUNT 3
(Conspiracy to Manufacture Methamphetamine)

THE GRAND JURY CHARGES:

Beginning on an unknown date but not later than on or about January 30, 2016, and continuing to on or about April 28, 2016, in Macon County, in the Central District of Illinois,

JAMES PARKER and WILLIAM GRAMIGNA III,

defendants herein, knowingly and intentionally conspired and agreed with each other and with other persons known and unknown to manufacture methamphetamine, a Schedule II controlled substance, and specifically: (1) 5 grams or more of

methamphetamine (actual), and (2) 50 grams or more of mixtures and substances containing a detectable amount of methamphetamine.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and (b)(1)(B).

## COUNT 4
### (Managing a Drug Involved Premises)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but not later than on or about December 1, 2013, and continuing to an unknown date but not earlier than on or about June 15, 2016, in Macon County, in the Central District of Illinois,

**JAMES PARKER,**

defendant herein, did unlawfully and knowingly manage and control the residence located at 2349 E. William Street, Decatur, Illinois, as an owner and occupant, and did knowingly and intentionally make available for use, with or without compensation, said residence for the purpose of unlawfully manufacturing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 856(a)(2).

## COUNT 5
### (Using or Maintaining a Drug Involved Premises)

**THE GRAND JURY CHARGES:**

Beginning on an unknown date but not later than on or about January 30, 2016, and continuing to on or about April 28, 2016, in Macon County, in the Central District of Illinois,

**WILLIAM GRAMIGNA III,**

defendant herein, did unlawfully and knowingly use and maintain a place located at 2269 E. Prairie Avenue, Decatur, Illinois, for the purpose of manufacturing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1)

## COUNT 6
### (Using or Maintaining a Drug Involved Premises)

THE GRAND JURY CHARGES:

Beginning on an unknown date but not later than on or about February 1, 2016, and continuing to June 15, 2016, in Macon County, in the Central District of Illinois,

**JACOB LARRY,**

defendant herein, did unlawfully and knowingly use and maintain a place located at 1245 E. Prairie Avenue, Decatur, Illinois, for the purpose of manufacturing methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 856(a)(1).

## COUNT 7
### (Manufacturing Methamphetamine)

THE GRAND JURY CHARGES:

On or about June 14, 2016, in Macon County, in the Central District of Illinois,

**JACOB LARRY,**

defendant herein, knowingly and intentionally manufactured a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 8
### (Manufacturing Methamphetamine on Premises Where Children Are Present)

THE GRAND JURY CHARGES:

On or about April 27, 2016, in Macon County, in the Central District of Illinois,

**WILLIAM GRAMIGNA III,**

defendant herein, knowingly and intentionally manufactured a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), on a premises in which minor children under the age of eighteen years resided and were present, contrary to the provisions of Title 21, United States Code, Sections 841(a)(1) and 860a.

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(C), and 860a.

## COUNT 9
### (Possession of Pseudoephedrine For Use in Manufacturing Methamphetamine)

THE GRAND JURY CHARGES:

On or about March 23, 2016, in Macon County, in the Central District of Illinois,

**JAMES PARKER,**

Defendant herein, knowingly and intentionally possessed pseudoephedrine, a listed chemical as defined in Title 21, United States Code, Section 802, knowing and having reasonable cause to believe that the listed chemical would be used to manufacture methamphetamine, a Schedule II controlled substance, in a manner other than as authorized by Title 21, United States Code, Sections 801 through 971.

In violation of Title 21, United States Code, Section 841(c)(2).

## COUNT 10
(Distribution of Methamphetamine)

THE GRAND JURY CHARGES:

On or about March 10, 2016, in Macon County, in the Central District of Illinois,

**WILLIAM GRAMIGNA III,**

defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT 11
(Distribution of Methamphetamine)

THE GRAND JURY CHARGES:

On or about January 12, 2016, in Macon County, in the Central District of Illinois,

**JACOB LARRY,**

defendant herein, knowingly and intentionally distributed a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

A TRUE BILL.

s/Foreperson

FOREPERSON

s/J. Childress

JAMES A. LEWIS
United States Attorney
BDF