E-FILED
Tuesday, 28 March, 2017 10:02:52 AM
Clerk, U.S. District Court, ILCD

February 27, 2017

To Whom This May Concern,

My name is Nancy Parker and James Parker is my little brother. I am writing this letter in hopes to give you a better understanding of who Jimmy is as a person. My brother has a drug addiction that has taken a toll on his life along with the lives of his family and friends.

Jimmy has one of the biggest hearts you will ever find. He would give you the shirt off his back if someone needed it. He is loving, caring, respectful, and above all very family oriented. Since our father was diagnosed with cancer Jimmy has been a rock for my mother. Jimmy lives a half block from our parents and is down there daily to do things for them that our father just can't do anymore. Some examples would be yard working, fixing things around the house, cooking some meals for them and just being a very supportive son.

Jimmy is a carpenter by trade and has his own little business. He has helped many with his skills and has donated his services to many that couldn't pay much, if anything at all. There has been many elderly people in the neighborhood that he has helped and asked for nothing in return.

While our grandmothers were still alive he would help them out any way he could. When our grandmother on your mothers side was diagnosed with dementia Jimmy would spend nights with her to give our mother a break and let her get back home to tend to our father's needs. He is truly a loving and caring soul and our family is a little lost right now with his incarceration.

It is my understanding that he is facing a possibility of being sentenced to 20 years and I am here to plead that this not be the case. I believe he should be held accountable for his actions but 20 years is just an unbearable thought for myself. His family needs him home. If he should receive the full 20 years our dad will not be alive to see him on the outside and with our mother's age she might not be here as well.

I am hoping that this letter will help you to see that Jimmy is not a bad person but someone who has lost his way in the form of drug addiction. I am praying that while he is incarcerated that he will get the help he most desperately needs to kick his addictions and is given the proper tools to help him cope with

life without the drugs. Please consider all of this when you are considering his sentence. It would mean the world to our family if he could get a lesser sentence than 20 years. I am sure, if given the proper tools, he can be a productive member of society. Please keep in mind that he has a large support team out here with him through every step of this process and we will be holding him accountable and helping him through this trying time in his/our lives.

Thank you for your time and the opportunity to shed a little light on James Parker the person.

Sincerely,

Nancy J. Parker
47? Dwight Dr.
Decatur, Ill.
217-620-8647

March 8, 2017

To Whom it may concern;

I am writting this to let you know a different side of my son Jimmy Parker. He didnt use good judgement when he got involved with Billy & Jake and deeply regrets his actions with them. He had an addiction problem we were unaware of, but he takes the blame for his part. He is so much better than what he is charged with.

He is the youngest of our three kids. He got involved in Shop while in school and liked it. He joined the carpenter hall and has been there about 25 yrs. He is very good at his job and has learned many other things while working with other trades. He can do carpentry, plumming, roofing, landscaping and some electrical. He will try to do anything, but will find some one else to help if he cant do the job.

He has been trying to start his own business for the last 3 or 4 years; but the economy hasnt been letting people do very much around their homes. However, he Kept trying to get leads so he could Keep busy.

He is very good at what he does - if he needed help on a job he would hire his friends (who were out of work) to help him, to help them have a little money - even though he had to redo many things they did. He is a very good friend.

He helps me out constantly - my husband has had cancer for 17 years and got a stem cell transplant at Mayo Clinic 8 years ago. Ever since then my husband has had no enery so I depend on Jimmy to help me do many things. My husband takes anti-toxin Chemo treatments every 2 months, this keeps him in remission for now.

When I had to retire 6 years ago to take care of my mother, She had many

health problems and then she got dementia. I had Jimmy redo her Kitchen, side and roof her house, redid the bathroom and put in new windows, plus many other things to try to make her more comfortable. I had to use my 401 K since we are not well off, so he recieved no salary for this. He wanted his grandma to have a nice place to call home.

Since I was staying with her 16-17 hours a day I had to get him and his sister and brother to releave me, so I could go home and make sure my husband had meals, laundry and other things. Jimmy would also come and stay with mom one or two weekends a month so I could have a couple of days away completely.

He had to feed her, give her medicine, do laundry and anything else she wanted on those weekends. He also watched the ball games with her.

She loved the Cubs and the Bulls. He would make her laugh all the time. How many young men do you know that would do this? He loved his grandma very much. I expect you know how hard it is to watch someone with dementia get worse day by day and worry about his dad with cancer. You never know what his next scan will show and if he will have to have another operation.

I hope you can see him for the caring person he is and consider leniency for him. I know he will do much better things and we will be there to help him. He is a very caring person, his addiction got the better of him and he knows he made bad choices. He never wants to go to jail again.

I really need him to come home - I depend on him alot and it has been very hard since he's been gone. We want to help him succeed.

Thank you very much,

Jim & Sharon Parker

1-217-428-1658

2438 E. William St.
Decatur, Ill. 62521

To Whom It may Concern:

I am writing in regard to the personality of Jimmy Tasker. During the time I have known him he has always been very kind and willing to help whenever he could. As far as his business, he does an excellent job and never leaves a mess to clean up.

He is always very polite when I see him out on the street. Over all he is a great guy and I would recomend him if anyone needed work done that I know.

Thank You
Sandra Jesse

to Whom it may concern:

I'm writing this short letter in reference to Jim Parker jr.

I have worked with Jim remodeling homes, he is an excellent carpenter and builder in fact in the past he has given people job's for the main reason that they had no income and could not feed their family, I sincerely believe that he is a much better assette to the comunity than he would be out of it, he is generous and careing, this I have witnessed personally, my arthritis keep's me from writing much more, but I haven't said enough good, but it outweighs any bad by tons.

Sincerly

Fred W. Born ret. RR

February 18, 2017

Dear Sir:

I am writing a note to tell you what a good man Jimmy Parker is. May have got hisself in a bad way, but is not a mean person and is a Gentheman at all Times. Loves his family and always helped with his (grandma) who passed and helped with his father who has cancer and is a big help to mom (Sharon)

Jimmy never says no to a friend either and has a heart of gold. Please let him know there are good people in the justice system that will help. to make his life better. Too many murders and Rapes and people walking for Jimmy to go down for this. Please go easy on Jimmy and let him have a good life, he Really loves people and I believe he can do really good. God Bless Jimmy Parker.

Michelle Redpath

(1)

Feb 12, 2017

To whom it may concern,

I am writing on behalf of Jimmy Parker Jr. I have known Jimmy most of his life. I knew his parents in the 60's and I have so much respect for a young man who helps his parents so much and loves his family.

Jimmy is so very sorry for the mess he is in. Jimmy's father has cancer and very ill and Jimmy was always there for his mom (Sharon Parker). Jimmy loves animals and will be there to help an animal not being treated right. He and my son Mike Redpath have been friends for years and he is very loyal.

I am older and I was a widower for 17 years and could always count on Jimmy for help.

He is very loving and caring young man and has alot of respect for elders.

(2)

Jimmy deserves some help and another chance at life. He is so talented and can build anything and is an excellent landscaper. Jimmy is very needed by his family and I pray you have empathy on him and have lienancy. Please get him help and don't put him in a situation that can only be bad for him. There are so many people that kill people and torture animals & children and Jimmy is not one of those people. I ask you to please be a good person and a fair judge and give this young man another chance at living right.

With Deep Respect
Beverly Hardwick
2640 E. Wood
Decatur, Il. 62521

February 27, 2017

To whom it may concern,

I am writing this letter on behalf of defendant James Bryant Parker. I am asking for leniency for the defendant.

Jimmy is not perfect by any means but he has a good heart. I know this because I witnessed this first hand when he did some things for my mother, Jimmy's grandmother. I am Jimmy's uncle and live out of state. From time-to-time, I would come home to visit my mother. During these visits, I would see things that Jimmy had done for her. These things included replacing her roof, siding her house when it was needed, replacing a new door and lock for safety, remodeling her kitchen, building a deck so she could sit outside, installing a fence for her dog and fixing many other things that she needed.

As she got older, Jimmy would do other things for her. He would care for her when she was sick and take her out to eat, and stop by to see if she needed anything. Jimmy also did things like this for his mother and other friends. You see, Jimmy enjoyed helping other people as he is skilled in construction. He is someone you could call with a problem and he would give good advice or send you in the right direction without ripping you off.

Jimmy started his own business as a contractor a few years ago, he wasn't getting rich by any means but if you were to ask the people he did work for, I'll bet they would be very satisfied with his work. Jimmy does not take short cuts on his jobs. He did it the right way the first time.

I don't know exactly what he did to get in this mess, I'm assuming he got involved with the wrong crowd. I also believe the environment he lives in should be considered. I myself grew up in Decatur and know firsthand how tough it can be to live and work there. If I had not been drafted right after high school, I don't know what would have happened to me. Most of my friends have moved away to outlying towns to get away from the crime and drugs. I don't know what the young people of Decatur do to be safe and happy there. Today, I would not want to raise a family in that environment.

I know that he must take responsibility for what he has done and he will. I feel that sentencing him to many years of prison would be unfair. Jimmy is not a felon and if given some years of probation, he would prove himself. I know this has had a big impact on him, his mother and father, brother and sister. Not just mentally but physically and financially. Please consider some leniency in his case.

Sincerely,

Michael D. Allen